UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 24-10211 JWH (Ex)                                     Date: October 16, 2025

Title   Marie T. Wryn v. Oliphant Financial LLC

Present: The Honorable: **CHARLES F. EICK, UNITED STATES MAGISTRATE JUDGE**

| Valencia Munroe | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:   SETTLEMENT CONFERENCE (Telephonic)**

| **Attorney(s) for Plaintiff(s):** | **Attorney(s) for Defendant(s):** |
|---|---|
| Alexander Taylor | Raymond Barkes, Jr. |

    Case called. Counsel made their appearances. The Court hears discussion and proceeds with the settlement conference.

    A settlement was reached.

cc:   Judge Holcomb
       Parties

                                                                             2:30
**Initials of Preparer**     vmun